Jennie M. AVERY, as Administratrix of the Estate of Cora A. Kellam, Deceased, v. Helen RICKER.

No. 178.

Circuit Court of Appeals, Tenth Circuit.
June 3, 1930.

C. J. Roberts, of Santa Fé, N. M., for appellant.

F. O. Westerfield, of Albuquerque, N. M., and Fred W. Varney, of Denver, Colo., for appellee.

Before LEWIS, COTTERAL, and PHILLIPS, Circuit Judges.

PER CURIAM.

Appeal dismissed June 3, 1930, per stipulation.

Samuel A. BACKAL v. Ernest A. POLANSKY, U. S. Referee in Bankruptcy, et al.

No. 139.

Circuit Court of Appeals, Tenth Circuit.
Aug. 26, 1929.

Henry G. Gatling, of Albuquerque, N. M., for appellee.

Before LEWIS, COTTERAL, and PHILLIPS, Circuit Judges.

PER CURIAM.

Dismissed August 26, 1929, on motion.

In the Matter of BANCUNITY CORPORATION, Bankrupt. Ashley & Foulds, Appellants.

No. 381.

Circuit Court of Appeals, Second Circuit.
June 5, 1930.

See, also, 36 F.(2d) 595.

Harlan E. Cecil, of New York City, for appellants.

Henry W. Sykes, of New York City, for appellee.

Before MANTON, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Appeal dismissed in open court.

BANKERS' UTILITIES COMPANY, Inc., and Butler F. Greer, v. BANKERS' SAVINGS & CREDIT SYSTEM CO.

No. 5354.

Circuit Court of Appeals, Sixth Circuit.
Jan. 22, 1930.

Roy Daily, of San Francisco, Cal., and Kwis, Hudson & Kent, of Cleveland, Ohio, for appellants.

Hull, Brock & West, of Cleveland, Ohio, for appellee.

PER CURIAM.

Judgment of District Court reversed, and cause remanded.

John BENNETT and Harry J. Lippman v. TELEPHONE DIRECTORY ADVERTISING CO.

No. 5541.

Circuit Court of Appeals, Sixth Circuit.
Feb. 3, 1930.

H. J. Lippman, of Detroit, Mich., for appellant.

Paul R. Dailey, of Detroit, Mich., for appellee.

PER CURIAM.

Dismissed pursuant to motion of counsel for appellee.